900

CASE ADMINISTRATOR: DARLENE SLADE

PROCEEDING MEMO AND MINUTES OF
CHAPTER 13 SECTION 341 MEETING
DATE: April 29, 2025

IN RE:                                                                           CHAPTER 13 PROCEEDING:

PATRICK DEWAN MILSAP                                 25-50320 KMS
123 CR 141
Heidelberg, MS 39439

APPEARANCES:
(✓) DEBTOR 1                                          ( ) DEBTOR 2
     ( ) Required Picture ID Produced                 ( ) Required Picture ID Produced
     ( ) Required SSN Verification                     ( ) Required SSN Verification

(✓) ATTORNEY FOR DEBTOR: THOMAS C. ROLLINS, JR

( ) CREDITOR(S): _____

(✓) THE MEETING OF CREDITORS WAS HELD

( ) THE MEETING OF CREDITORS WAS NOT HELD THIS DATE FOR THE FOLLOWING REASON:
*Could not connect & join the Mtg*

(✓) THE MEETING OF CREDITORS IS ADJOURNED TO __5__/__21__/__2025__ AT __1__:__30__ A.M./P.M.

PRIOR FILINGS                         ____ Y      ____ N
LAWSUITS PENDING              ____ Y      ____ N
CHILD SUPPORT                    ____ Y      ____ N
CURRENT WITH PAYMENTS     ____ Y      ____ N
CERT. OF CREDIT COUSELING   ____ Y      ____ N

TAX REFUND REC'D    Y / N      AMOUNT $ _____      DATE REC'D ___/___/___

ADDITIONAL NOTES: _____

TRAK # _004_/_006_/_008_                            /s/ David Rawlings
                                                                               DAVID RAWLINGS, TRUSTEE
                                                                               PRESIDING OFFICER