Certificate Number: 17082-MSS-DE-039602313

Bankruptcy Case Number: 25-50320



17082-MSS-DE-039602313

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 28, 2025, at 10:48 o'clock AM MST, PATRICK D MILSAP completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: April 28, 2025　　　　　　By:　/s/Orsolya K Lazar

　　　　　　　　　　　　　　　　Name: Orsolya K Lazar

　　　　　　　　　　　　　　　　Title: Executive Director