# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>PATRICK DEWAN MILSAP | CASE NO: 25-50320<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 5/1/2025, I did cause a copy of the following documents, described below,

Order Rescheduling Meeting of Creditors

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/1/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CASE NO: 25-50320 |
| PATRICK DEWAN MILSAP | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 5/1/2025, a copy of the following documents, described below,

Order Rescheduling Meeting of Creditors

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/1/2025

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | EXCLUDE | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE  25-50320<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>THU MAY 1 7-44-3 PST 2025 | ~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL  JR US COURTHOUSE~~<br>~~2012 15TH STREET  SUITE 244~~<br>~~GULFPORT  MS 39501-2036~~ | CREDIT ACCEPTANCE CORPORATION<br>25505 W 12 MILE RD STE 3000<br>SOUTHFIELD  MI 48034-8331 |

CREDIT ACCEPTANCE
ATTN BANKRUPTCY
25505 WEST 12 MILE RD
STE 3000
SOUTHFIELD  MI 48034-8331

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS  NV 89113-2273

KIKOFF LENDING LLC
75 BROADWAY
SAN FRANCISCO  CA 94111-1423

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

LVNV FUNDING
ATTN BANKRUPTCY
PO BOX 10497
GREENVILLE  SC 29603-0497

MSDHS
ATTN CONSTANCE MORROW
PO BOX 352
JACKSON  MS 39205-0352

| | | EXCLUDE |
|---|---|---|
| MIDLAND CREDIT MGMT<br>ATTN BANKRUPTCY<br>PO BOX 939069<br>SAN DIEGO  CA 92193-9069 | (P)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 | ~~(D)(P)REPUBLIC FINANCE LLC~~<br>~~282 TOWER RD~~<br>~~PONCHATOULA LA 70454-8318~~ |

ROSEN HARWOOD
PO BOX 2727
TUSCALOOSA  AL 35403-2727

SHEFFIELD FINANCIAL
ATTN BANKRUPTCY
214 N TRYON ST
CHARLOTTE  NC 28202-1078

SHEFFIELD FINANCIAL  A DIVISION OF
TRUIST BA
SHEFFIELD FINANCIAL  BANKRUPTCY SECT10
PO BOX 1847
WILSON  NC 27894-1847

SUNBELT FCU
ATTN BANKRUPTCY
6885 US HWY 49
HATTIESBURG  MS 39402

SYNCHRONY BANK
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO  FL 32896-5060

TABELLA DALE
33 HALES RD
HEIDELBERG  MS 39439-3244

| EXCLUDE | | |
|---|---|---|
| ~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON  MS 39201-5022~~ | VANDERBILT MORTGAGE<br>ATTN BANKRUPTCY<br>PO BOX 9800<br>MARYVILLE  TN 37802-9800 | VANDERBILT MORTGAGE AND FINANCE  INC<br>PO BOX 9800<br>MARYVILLE  TN 37802-9800 |

| EXCLUDE | DEBTOR | EXCLUDE |
|---|---|---|
| ~~(P)DAVID RAWLINGS~~<br>~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~<br>~~PO BOX 566~~<br>~~HATTIESBURG MS 39403-0566~~ | PATRICK DEWAN MILSAP<br>123 CR 141<br>HEIDELBERG  MS 39439-3571 | ~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM  PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON  MS 39236-3767~~ |



SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 30, 2025**

_____
**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   PATRICK DEWAN MILSAP                              CASE NO. 25-50320-KMS
                  DEBTOR(S)                                                 CHAPTER 13

### ORDER RESCHEDULING § 341 MEETING OF CREDITORS,
### EXTENDING DEADLINE FOR OBJECTING TO CONFIRMATION
### AND RESETTING CONFIRMATION HEARING

On *ore tenus* motion of the Chapter 13 Trustee in the above-styled case to reschedule § 341 Meeting of Creditors, extend the deadline for filing objections to confirmation of the Debtor's Chapter 13 Plan (the "Plan"), and reset confirmation hearing, having considered the same, finds, that the *ore tenus* motion should be granted, therefore,

**IT IS ORDERED THAT**:

1. The § 341 Meeting of Creditors is reset to May 21, 2025, at 1:30 PM.  **PLEASE TAKE NOTICE** that the said meeting of creditors will be conducted via ***ZOOM VIDEO MEETING***:

    **Trustee:  David Rawlings**
    **Go to zoom .us/join, enter Meeting ID: 431 357 5185 and Passcode: 8402453787, OR call: 769-267-0361**
    **For additional meeting information go to: www.justice.gov/ust/moc**

    Please do not appear in person for the meeting.  Debtor(s) must join ZOOM as described above to be questioned under oath.  Creditors may attend but are not required to do so. If the meeting is continued or adjourned to a later date, the date will be on the court docket.  If you have any questions or concerns, please contact your attorney or the case trustee at:

    Trustee Phone: (601) 582-5011
    Trustee email: ecfnotices@rawlings13.net

2. The Objection to Confirmation Deadline is extended until June 4, 2025.

3. The Confirmation Hearing is continued and reset for July 8, 2025, at 1:30 PM, in the Bankruptcy Courtroom, William Colmer Federal Building, 701 N. Main Street, Hattiesburg, Mississippi 39401. If no objection is timely filed, the plan may be confirmed without a hearing.

4. The Debtor will serve a copy of this Order to all creditors and/or all interested parties as listed on the most recent CM/ECF creditor mailing matrix in a manner to comply with the notice provisions of Fed. R. Bankr.P.2002(a)(9) and (b)(3).  Within two days after service, the Debtor shall file a certificate of service with the court that includes a copy of this Order and a record of the parties served.

##END OF ORDER##

Submitted by:

/s/ David Rawlings
David Rawlings, Trustee
PO Box 566
Hattiesburg MS  39403
ecfnotices@rawlings13.net

Page 1 of 1