United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-50320-KMS
Patrick Dewan Milsap     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Jun 05, 2025     Form ID: n031     Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patrick Dewan Milsap, 123 CR 141, Heidelberg, MS 39439-3571 |
| 5482325 | | Sunbelt FCU, Attn: Bankruptcy, 6885 Us Hwy 49, Hattiesburg, MS 39402 |
| 5482327 | + | Tabella Dale, 33 Hales Rd, Heidelberg, MS 39439-3244 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5487578 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 05 2025 19:31:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE RD STE 3000, SOUTHFIELD, MI 48034-8331 |
| 5482316 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 05 2025 19:31:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5482317 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 05 2025 19:39:06 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5482318 | + | Email/Text: bankruptcy@kikoff.com | Jun 05 2025 19:31:00 | Kikoff Lending Llc, 75 Broadway, San Francisco, CA 94111-1423 |
| 5489451 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 05 2025 19:39:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5482319 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 05 2025 19:39:06 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5482321 | + | Email/Text: constance.morrow@mdhs.ms.gov | Jun 05 2025 19:31:00 | MSDHS, Attn: Constance Morrow, PO Box 352, Jackson, MS 39205-0352 |
| 5508480 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 05 2025 19:31:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5482320 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 05 2025 19:31:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5482322 | | Email/Text: bankruptcy@republicfinance.com | Jun 05 2025 19:31:00 | Republic Finance, 1600 Hwy 15 N, Ste 300, Laurel, MS 39440 |
| 5490518 | | Email/Text: bankruptcy@republicfinance.com | Jun 05 2025 19:31:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula La 70454 |
| 5482323 | + | Email/Text: bknotice@rosenharwood.com | Jun 05 2025 19:31:00 | Rosen Harwood, P.O. Box 2727, Tuscaloosa, AL 35403-2727 |
| 5482324 | + | Email/Text: bankruptcy@bbandt.com | Jun 05 2025 19:31:00 | Sheffield Financial, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-1078 |
| 5485566 | | Email/Text: bankruptcy@bbandt.com | Jun 05 2025 19:31:00 | Sheffield Financial, a division of Truist Bank, Sheffield Financial, Bankruptcy Sect/100, PO Box 1847, Wilson, NC 27894-1847 |
| 5482326 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 05 2025 19:39:14 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 05, 2025 | Form ID: n031 | Total Noticed: 20 |

| 5482328 | + Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | | |
|---|---|---|---|
| | | Jun 05 2025 19:31:00 | Vanderbilt Mortgage, Attn: Bankruptcy, Po Box 9800, Maryville, TN 37802-9800 |
| 5485032 | + Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | | |
| | | Jun 05 2025 19:31:00 | Vanderbilt Mortgage and Finance, Inc., PO Box 9800, Maryville, TN 37802-9800 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Patrick Dewan Milsap trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−50320−KMS
**Chapter:** 13

**In re:**

Patrick Dewan Milsap
123 CR 141
Heidelberg, MS 39439

### Notice of Entry of Order Confirming Plan

The Court entered an Order on June 5, 2025 (Dkt. # 20 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: June 5, 2025                               Danny L. Miller, Clerk of Court