IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:

PATRICK DEWAN MILSAP           NO. 25-50320 KMS

**MOTION TO APPROVE AGREEMENT RELATING TO ABANDONMENT**

Comes now Sheffield Financial, a division of Truist Bank ("Sheffield"), by and through its counsel of record, Byrd & Wiser, and files this its Motion to Approve Agreement relating to Abandonment of its collateral, and in support of same would show unto the Court the following, to-wit:

I

This Court has jurisdiction over the parties and the subject matter pursuant to 28 USC Section 1334. This Motion is a core proceeding pursuant to 28 USC Section 157(b)(2)(A),(G).

II

The instant case is a proceeding pursuant to Chapter 13 of the Bankruptcy Code.

III

The Movant would show unto the Court that pursuant to Section 3.5 of the Debtor's Confirmed Plan (DK#20) filed on June 5, 2025, the automatic stay under 11 U.S.C. Section 362(a) was terminated as to Sheffield's collateral, and further the Debtor has proposed to abandon its collateral, pursuant to Section 554 of the Bankruptcy Code as property of this estate. A copy of the agreement, reflected in the form of an Agreed Order, is attached hereto as Exhibit "A".

IV

Pursuant to Rule 9014(b) and 7004(b)(9) of the Federal Rules of Bankruptcy Procedure, this Motion to Approve is served upon all necessary parties, and all necessary parties have approved the Agreement in the form of the Agreed Order attached hereto.

WHEREFORE, premises considered, the Movant herein, would pray that this Court enter

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

its Order granting Movant's Motion to Approve Agreement by approving and entering the Agreed Order attached hereto, and the Movant prays for such other and further relief as is just and proper in the premises.

Respectfully submitted,

SHEFFIELD FINANCIAL, A DIVISION OF TRUIST BANK

BY: BYRD & WISER

BY: _____
ROBERT ALAN BYRD, MSB#7651
EMAIL: rab@byrdwiser.com

### CERTIFICATE

I, ROBERT ALAN BYRD, Attorney for Sheffield Financial, a Division of Truist Bank, do hereby certify that I have this date transmitted via Electronic Case Filing, as it appears on this date in the court registered e-filers of CM/ECF and/or via U.S. Mail, postage prepaid, a true and correct copy of the above and foregoing Motion to Approve Agreement relating to Abandonment to the following:

Thomas C. Rollins, Jr., Attorney for Debtor, at trollins@therollinsfirm.com

David Rawlings, Trustee, at ecfnotices@rawlings13.net

Office of the U.S. Trustee, at USTPRegion05.JA.ECF@usdoj.gov

This the 17th day of September, 2025.

_____
ROBERT ALAN BYRD

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029